File No. 11005-003
STEVEN E. MOYER, ESQ. (SBN 047326)
PATRICK A. FRAIOLI, ESQ. (SBN 191824)
ROWENA SANTOS (SBN 210185)
MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP
2029 Century Park East, 21st Floor
Los Angeles, California 90067

Tel: (310) 551-3100
Fax: (310) 551-0238

Attorneys for Plaintiff Robert Womack

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| ROBERT WOMACK, | CASE NO.: CIV S 02-1063 RRB DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE HEARING OF DEFENDANT COUNTY OF AMADOR'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, AND RELATED DEADLINES FOR FILING THE OPPOSITION AND REPLY |
| COUNTY OF AMADOR *et al.* | |
| Defendants | |
| | [No Hearing Necessary] |
| | Honorable Ralph R. Beistline, Judge U.S. District Court 501 "I" Street Sacramento, CA 95814 |

///
///
///
///
///

**TO THE COURT, ALL PARTIES IN INTEREST AND THEIR ATTORNEYS**

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, AND RELATED OPPOSITION AND REPLY**

PDF created with pdfFactory trial version www.pdffactory.com

**OF RECORD:**

**PLEASE TAKE NOTICE** that this Stipulation continuing the hearing of defendant County of Amador's Motion for Summary Judgment, or in the Alternative, Summary Adjudication ("Motion for Summary Judgment"), and Related Deadline for Filing the Opposition and Reply ("Stipulation") is made by and between plaintiff Robert Womack "Womack" or "Plaintiff") and the defendant County of Amador ("Defendant") (collectively the "Parties"), by and through their respective attorneys of record.

**WHEREAS**, the hearing on Defendant's pending Motion for Summary Judgment is set for September 19, 2007, and Plaintiff's opposition is due on or before September 5, 2007;

**WHEREAS**, Plaintiff's counsel will be unavailable from August 27, 2007 to September 7, 2007 for scheduled vacations;

**WHEREAS**, the Parties agreed that a continuance of the September 19, 2007, hearing date for the Motions for Summary Judgment is necessary in order to allow sufficient time for briefing;

**WHEREAS**, the Courtroom Deputy Clerk informed the Plaintiff's counsel that the first available date for continuance of the hearing for Defendant's Motion for Summary Judgment were October 3, 2007 or October 17, 2007;

**WHEREAS**, Defendant's counsel represented that they will be unavailable on October 3, 2007 or October 17, 2007 and requested the next available date on the Court's calendar; and

**WHEREAS**, the Courtroom Deputy Clerk has informed the parties that the next available date for hearing of Defendant's Motion for Summary Judgment is November 7, 2007;

///
///

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, AND RELATED OPPOSITION AND REPLY**

PDF created with pdfFactory trial version www.pdffactory.com

1      **NOW THEREFORE**, it is hereby stipulated and agreed by and between the
2  parties as follows:
3      1.    Defendant's pending Motions for Summary Judgment shall be set for
4  hearing on November 7, 2007, at 10:00 a.m.  All filing deadlines calculated by
5  reference to the hearing date shall be calculated based on this date.
6      2.    Plaintiff's counsel shall file this stipulation with the Court electronically,
7  in accordance with local rules.  The signatories below will transmit facsimile or e-mail
8  copies of their handwritten signatures to Plaintiff's counsel.  Plaintiff's counsel will
9  indicate the agreement and signatures of all counsel on the document filed with the
10 Court according to local rules regarding electronic filing of signatures.

Dated:  August 22, 2007        MOLDO DAVIDSON FRAIOLI
                                      SEROR & SESTANOVICH LLP

By: _____
    Steven B. Meyer, Esq.
    Attorneys for Plaintiff Robert Womack

Dated:  August 22, 2007        ANGELO, KILDAY & KILDUFF

By: _____
    Laurence A. Angelo, Esq.
    Attorneys for Defendant County of
    Amador, a subdivision of the State

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, AND RELATED OPPOSITION AND REPLY**

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

**IT IS SO ORDERED.**

1. Defendant County of Amador's ("Defendant") Motions for Summary Judgment shall be set for hearing on November 7, 2007, at 10:00 a.m.

2. Plaintiff Robert Womack's ("Plaintiff") Opposition to Defendant's Motion for Summary Judgment must filed and served pursuant to Local Rule 78-230;

3. Defendant's Repy to Plaintiff's Opposition to Defendant's Motion for Summary Judgment must filed and served pursuant to Local Rule 78-230.

Dated:  August 22, 2007         /s/ Ralph R. Beistline_____
                                     Hon. Ralph R. Beistline

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, AND RELATED OPPOSITION AND REPLY**

PDF created with pdfFactory trial version www.pdffactory.com