Laurence L. Angelo. SBN 34528  (SPACE BELOW FOR FILING STAMP ONLY)
Allison E. Goldsmith, SBN 238263
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant
COUNTY OF AMADOR,
A subdivision of the State

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOMACK, <br><br>     Plaintiff, <br><br> vs. <br><br> COUNTY OF AMADOR, RUSSELL MOORE, in his individual capacity, DAVID J. IREY, in his individual capacity and in his official capacity, TODD D. RIEBE, in his individual capacity and in his official capacity as District Attorney, RON HALL, in his individual and official capacities, RICH DULOP, in his individual capacity, JIM WALSHAW in his individual and official capacities, ROBERT WERTMAN, in his individual capacity, JAMES GARCIA, in his individual capacity and DOES 1-10, <br><br>     Defendants. | Case No.: CIV S 02- 1063 DFL DAD <br><br> **STIPULATION AND ORDER TO CONTINUE THE HEARING OF DEFENDANT COUNTY OF AMADOR'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, AND RELATED DEADLINES FOR FILING THE REPLY** <br><br> **Trial Date: None** <br> **Judge: The Honorable Ralph R. Beistline** |

///

///

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT, OR IN THE
ALTERNATIVE, SUMMARY ADJUDICATION, AND RELATED DEADLINES FOR FILING THE REPLY

PDF created with pdfFactory trial version www.pdffactory.com

1  **TO THE COURT, ALL PARTIES IN INTEREST AND THEIR**
2  **ATTORNEYS OF RECORD:**

3      **PLEASE TAKE NOTICE** THAT THIS Stipulation continuing the hearing
4  of defendant County of Amador's Motion for Summary Judgment, or in the
5  Alternative, Summary Adjudication ("Motion for Summary Judgment"), and
6  Related Deadline for Filing the Reply ("Stipulation") is made by and between
7  plaintiff Robert Womack ("Womack" or "Plaintiff") and the defendant County of
8  Amador ("Defendant" (collectively the "Parties"), by and through their respective
9  attorneys of record.

## STIPULATION

12      **WHEREAS**, the hearing on Defendant's pending Motion for Summary
13  Judgment is set for November 7, 2007, and Defendant's Reply is due on or before
14  October 31, 2007;

15      **WHEREAS,** the Parties agree that a continuance of the November 7, 2007
16  hearing date for the Motions for Summary Judgment is necessary in order to allow
17  sufficient time for full briefing;

18      **WHEREAS,** the Courtroom Deputy Clerk informed the Defendant's
19  counsel that December 19th is an available date for continuance of the hearing for
20  Defendant's Motion for Summary Judgment;

21      **NOW THEREFORE**, it is hereby stipulated and agreed by and between the
22  parties as follows:

23      (1)    Defendant's pending Motions for Summary Judgment shall be set for
24  hearing on December 19, 2007, at 10:00 a.m.  All filing deadlines calculated by
25  reference to the hearing date shall be calculated based on this date;

26      (2)    Defendant's counsel shall file this stipulation with the Court
27  electronically, in accordance with local rules.  The signatories below will transmit
28  facsimile or e-mail copies of their handwritten signatures of all counsel on the

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT, OR IN THE
ALTERNATIVE, SUMMARY ADJUDICATION, AND RELATED DEADLINES FOR FILING THE REPLY

PDF created with pdfFactory trial version www.pdffactory.com

document filed with the Court according to local rules regarding electronic filing of signatures.

Dated:  October 23, 2007                    ANGELO, KILDAY & KILDUFF

                                            By:_____
                                               Laurence L. Angelo, Esq.
                                               Attorneys for Defendant
                                               COUNTY OF AMADOR

Dated:  October ___, 2007                   MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH, LLP

                                            By: _____
                                               Steven E. Moyer, Esq.
                                               Attorneys for Plaintiff
                                               Robert Womack

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

IT IS SO ORDERED.

1. Defendant County of Amador's ("Defendant") Motions for Summary Judgment shall be set for hearing on December 19, 2007, at 10:00 a.m.
2. Defendant's Reply to Plaintiff Robert Womack's Opposition to Defendant's Motion for Summary Judgment must be filed and served on or before December 12, 2007.

DATED: October 29, 2007

/s/ Ralph R. Beistline_____
RALPH R. BEISTLINE, JUDGE
UNITED STATES DISTRICT
COURT, EASTERN DISTRICT
OF CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com